of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 57479.**—Joseph Victori & Co., Inc. *v.* United States, protest 205807–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of grated coconut meat in sirup, in tins, similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.

**No. 57480.**—Ferry-Morse Seed Co. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 203020–K, etc. (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

**No. 57481.**—The Berry Seed Co. *v.* United States, protest 204966–K (B) (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 57482.**—North Atlantic Seed Co., Inc. *v.* United States, protest 206696–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport,*